FILED
HARRISBURG, PA
JAN 23 2019
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:19-CR-33 |
| | ) | |
| v. | ) | (JUDGE Brann) |
| | ) | |
| RONSHEEK J. BASKERVILLE | ) | |

## INDICTMENT

### COUNT 1

(Felon in Possession of a Firearm and Ammunition)
18 U.S.C. §922(g)(1)

THE GRAND JURY CHARGES:

On or about January 27, 2018, in the Middle District of Pennsylvania, the defendant,

**RONSHEEK J. BASKERVILLE**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, that is, a Harrington and Richardson .38 revolver, Model Victor, serial number 9894 loaded with four (4) .38 caliber cartridges, and an additional 25 rounds of .38 caliber ammunition that were manufactured outside of the Commonwealth of Pennsylvania, and

1

therefore had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

A TRUE BILL

_____
FOREPERSON, GRAND JURY

DAVID J. FREED
UNITED STATES ATTORNEY


BY: _____        1-23-19
    MEREDITH A. TAYLOR              DATE
    ASSISTANT U.S. ATTORNEY

