IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:19-CR-00033 |
| | : | |
| v. | : | |
| | : | FILED |
| RONSHEEK J. BASKERVILLE, | : | HARRISBURG, PA |
| | : | FEB 0 5 2019 |
| Defendant | : | |

## PLEA

AND NOW, this 5th day of FEBRUARY, 2019, the within named defendant, hereby enters a plea of NOT GUILTY to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)