UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:19-CR-33 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| RONSHEEK J. BASKERVILLE, | ) | |
| Defendant | ) | |

ORDER ON COVID-19 BAIL DECISION
(Doc. 57)

The Defendant's Request for an in-court hearing on bail (Doc. 59) is DENIED. In accordance with the accompanying Memorandum of this date, the Motion for Bail (Doc. 57) is DENIED.

Dated: May 7, 2020                             BY THE COURT

                                               *s/William Arbuckle*
                                               William Arbuckle
                                               U.S. Magistrate Judge