IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:19-CR-0033 |
| v. | : | |
| RONSHEEK J. BASKERVILLE | : | Judge Jennifer P. Wilson |

### VERDICT FORM

1) With respect to the charge of being a felon in possession of a firearm or ammunition on or about January 27, 2018, what is your verdict?

   Guilty __X__      Not Guilty _____

*If you answered "Guilty," proceed to Special Interrogatory 1. If you answered "Not Guilty," sign and date this form and return to the courtroom.*

Special Interrogatory 1: Do you find that the Defendant possessed:

A firearm:      Yes _____      No __X__

Ammunition:    Yes __X__       No _____

FILED
HARRISBURG, PA
MAR 15 2022
PER _____
DEPUTY CLERK

*Sign and date this form and return to the courtroom.*

SO SAY WE ALL, this __15TH__ day of March, 2022.

_____
[signature redacted]