IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:19-CR-00033 |
| | : | |
| v. | : | Judge Jennifer P. Wilson |
| | : | |
| RONSHEEK J. BASKERVILLE | : | |

## **ORDER**

AND NOW, this 25th day of September, 2023, upon consideration of Defendant's Motion to Continue Hearing, IT IS ORDERED that the Motion (Doc. 201) is GRANTED. The Final Revocation Hearing is continued until the 7th day of December, 2023 at 1:30 p.m., Courtroom NO. 1, Eighth Floor, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.

                                               <u>s/ Jennifer P. Wilson</u>, J.