# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:19-CR-00033-01 |
| v. | |
| RONSHEEK J. BASKERVILLE | |

**FILED**
HARRISBURG, PA
NOV 0 2 2023
PER _____ /s/ _____
DEPUTY CLERK

## ORDER

AND NOW, following a hearing on the superseding petition for supervised release revocation filed October 30, 2023, (Doc. No. 203) and no combination of conditions of release having been found,

**IT IS ORDERED** that the defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Dated: 11/2/2023

_____
Daryl F. Bloom, U.S. Magistrate Judge