AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| RONSHEEK J. BASKERVILLE | ) Case No. 1:19-CR-00033 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RONSHEEK J. BASKERVILLE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violations of Supervised Release

Date: 10/30/2023

**FILED**
HARRISBURG, PA
NOV 08 2023
PER _____
DEPUTY CLERK

*Issuing officer's signature*

Jennifer P. Wilson, United States District Judge
*Printed name and title*

City and state: Harrisburg, Pennsylvania

---

### Return

This warrant was received on *(date)* 10/30/2023, and the person was arrested on *(date)* 11/1/2023
at *(city and state)* Harrisburg, PA.

Date: 11/1/2023

*Arresting officer's signature*

S. Alexander, DUSM
*Printed name and title*